# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156500(45)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRANDON LEWIS CAIN,
    Defendant-Appellant.

SC: 156500
COA: 337966
Wayne CC: 12-005176-FC

_____/

   On order of the Chief Justice, the motion of defendant-appellant to "accept pro per pleadings as is" is GRANTED. The amended application submitted on October 18, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   October 20, 2017   

               Clerk